THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARAT YUSUPOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP; SARES REGIS GROUP OPERATING, INC.; MISSION ROCK RESIDENTIAL, LLC; and KALED MANAGEMENT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00013-RSL<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:23-cv-00013-RSL
011127-11/2133855 V1



1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Marat Yusupov hereby gives notice that this action is voluntarily dismissed.  No Defendant has served an answer or motion for summary judgment in this action.  Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 20, 2023

Respectfully submitted,

By: /s/ *Steve W. Berman*
    Steve W. Berman WSB #12536
By: /s/ *Breanna Van Engelen*
    Breanna Van Engelen WSB #49213
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

*Local Counsel for Plaintiff Marat Yusupov*

John Radice
Daniel Rubenstein
Eva Kane
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile:  (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
ekane@radicelawfirm.com

*Counsel for Plaintiff Marat Yusupov*



**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I filed the foregoing with the Clerk of Court. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all counsel of record.

/s/ *Steve W. Berman*
Steve W. Berman

NOTICE OF VOLUNTARY DISMISSAL - 2
Case No. 2:23-cv-00013-RSL



011127-11/2133855 V1